**FILED**

JUL 11 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____Kell_____, DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Damian Galvon Hernandez,

(Enter the full name of the plaintiff.)

v.

(1) AUSAO,

(2) Grady Co. Jail,

(3) FED DEF OF OK WESTERN DISTRICT
UNITED STATES

(Enter the full name of each defendant. Attach additional sheets as necessary.)

Case No. _____
(Court Clerk will insert case number)

CIV 22 578 J

# PRO SE PRISONER CIVIL RIGHTS COMPLAINT

## Initial Instructions

1. You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2. You must provide a full name for each defendant and describe where that defendant resides or can be located.

3. You must send the original complaint and one copy to the Clerk of the District Court.

4. You must pay an initial fee of $402 (including a $350 filing fee and a $52 administrative fee). The complaint will not be considered filed until the Clerk receives the $402 fee or you are granted permission to proceed *in forma pauperis*.

5. If you cannot prepay the $402 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

- If the court grants your request, the $52 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case.**

7.  The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8.  If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

## COMPLAINT

I.  **Jurisdiction is asserted pursuant to:**

___ 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

**X** *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below: APA ("ABA") 8 U.S.C. §§ 1226(a), 1357(a)(2) and 1357(d) ("APA") 5 U.S.C. §§ 706(2)(A)-(D), and the above ("INA"). Hernandez now moves, pursuant to CPRL Articles 63 and 78 & CPRL § 3001, for a order enjoining, restraining, & prohibiting respondents from detaining Damian G. Hernandez beyond their judicially authorized release based on the ("DHS") Filing & ("ICE") Filing or forms withheld by defendants, GCCJA.

Rev. 10/20/2015

II. State whether you are a:

___ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

___ Pretrial detainee

_X_ Immigration detainee

___ Civilly committed detainee

_✓_ Other (please explain) Unlawful detainer

III. Previous Federal Civil Actions or Appeals

List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

NO    1. Prior Civil Action/Appeal No. 1

a. Parties to previous lawsuit: NA

Plaintiff(s): Unapplicable

Defendant(s): Not applicable

b. Court and docket number: None

c. Approximate date of filing: NA/UA

d. Issues raised: None

e. Disposition (for example: Did you win? Was the case dismissed? Was summary judgment entered against you? Is the case still pending? Did you appeal?): NA

f. Approximate date of disposition: UA

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

Rev. 10/20/2015

## IV. Parties to Current Lawsuit

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1. Plaintiff DAMIAN G. HERNANDEZ
   @ 805 S. East Ave #1, Wynnewood, OK 73098

   Name and any aliases: Damian Galvon-Hernandez

   Address: 215 N. 3rd St., Chickasha, OK 73018

   Inmate No.: 158-028-207

2. Defendant No. 1

   Name and official position: Assistant U.S. Attorney's office to, ("ICE") & Dept. of Homeland Security

   Place of employment and/or residence: U.S. DISTRICT COURT HOUSE 200 N.W. 4TH STREET, Oklahoma City, OK 73102-3092.

   How is this person sued? (X) official capacity, (X) individual capacity, (X) both 7-3-22

3. Defendant No. 2

   Name and official position: Grady Co. attorney for Assistant Federal Public Defender Supervisor of- FEDERAL ("DHS") INMATES

   Place of employment and/or residence: SUITE #109 OLD POST OFFICE BUILDING @ 215 DEAN A. MCGEE, OKLAHOMA CITY, OK 73102

   How is this person sued? ( ) official capacity, ( ) individual capacity, (X) both

   If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

Rev. 10/20/2015

V.   **Cause of Action**

<u>Instructions</u>

1. *Provide a short and plain statement of each claim.*

    - Describe the facts that are the basis for your claim.

    - You can generally only sue defendants who were directly involved in harming you. Describe how each defendant violated your rights, giving dates and places.

    - Explain how you were hurt and the extent of your injuries.

2. *You are not required to cite case law.*

    - Describe the constitutional or statutory rights you believe the defendant(s) violated.

    - At this stage in the proceedings, you do not need to cite or discuss any case law.

3. *You are not required to attach exhibits.*

    - If you do attach exhibits, you should refer to the exhibits in the statement of your claim and explain why you included them.

4. *Be aware of the requirement that you exhaust prison grievance procedures **before** filing your lawsuit.*

    - If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. *See* 42 U.S.C. § 1997e(a).

    - Every claim you raise must be exhausted in the appropriate manner.

5. *Be aware of any statute of limitations.*

    - If you are suing about events that happened in the past, your case may be subject to dismissal under the statute of limitations. For example, for many civil rights claims, an action must be brought within two years from the date when the plaintiff knew or had reason to know of the injury that is the basis for the claim.

6. *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

- If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

## Claims

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1. Claim 1: "Order to Show Cause, Due Process/Speedy Trial Act(s)".

    (1) List the right that you believe was violated: IV AMDT RIGHT(S) & "(I AMDT first Amend) CPRL Articles 63 & 78; CPRL §3001 CPRL Sec. §3001 (V AMDT Fifth Amend) Conflict of Interests & IAC; X AMDT; & (VI AMDT Sixth Amend.) ("DHS") Forms I-247 & I-247D, IAC and Conflict of Interest ("DHS") form I-205 and (VIII AMDT Eighth Amend.) Cruel & unusual punishment ("ICE") ...detaining me beyond judiary. authorized release on technical rule(s), above))

    (2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.) Grady Co. Jail LEC and A.U.S.A. for U.S.- Grady Co. Counsel and Attorney, FED DEF OF UNITED STATES FOR WESTERN DISTRICT OF OKLAHOMA. (ICE) form I-205, In re, Ineffective Assistance of Counsel Paralegal form I-200 Conflict of interests (DHS) forms I-247, I-247D,

(3) List the supporting facts: I was not given copys of forms I-247, I-247D, I-205, ("DHS") & I-200 filings against my personal and private person.("ABA") I-247 retainers exceed its authority under APA ("INA"). See ("INA") Unnecessary Federal entity joined in this case and claims.

(4) Relief requested: (State briefly exactly what you want the court to do for you.) "For order enjoining, restraining, and prohibiting respondent from detaining petitioner's (Ozmon G. Hernandez) the putative class actor, in lawsuit to be joined. Because ("DHS") is directed interests of U.S. and its ability to protect its interest; Rules, in my case did expose defendants to risks incurring inconsistent obligations."

2. **Claim II:**

(1) List the right that you believe was violated: ☒ AMDT., "Tenth Amendment" contravened At fourth amendmt., required judicial warrant(s) to be issued by a neutral and detached MAGISTRATE. 4th AMDT. and 5TH AMDT. claims I-247 retainer(s) exceed authorities under APA("INA"), Title 8 - 8 U.S.C. §§ 1226(a), 1357(a)(2) and 1357(d); 5 U.S.C. §§ 706(2)(A)-(D).

(2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.) Grady County attorney administrators Unknown Chief Supervisory Control and power of attorney from U.S. FED DEF OF OK, Western District: "The Chief Federal Defender." Mr. Lawhorn's boss; the Grady Co. Jail administrators and health nurses, medical Doctors under Fed. contract on color of state employees.

Rev. 10/20/2015

(3) List the supporting facts:

Respondent defendants refused to provide defense counsel representing inmates, including petitioner (Damian G. Hernandez), with copy(s) of forms e.g. ("DHS") I-247, I-247D, Immigration detainer, as well as form(s) I-205, Warrant of t for arrest of Alien by ("ICE") agents. Respondents opposed the application.." "Question of laws of Nations-Naturalization."

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

"The Freedom to contract naturalization under citizenship as employed. Hereby the state of Oklahoma people and thru U.S Governing laws, ("ICE"), U.S. immediate discharge from, contravening unlawful detention &("DHS") APA release from Grady Co. Jail's illegal and inhumane confinement.."

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI. Declarations

I declare under penalty of perjury that the foregoing is true and correct.

_Damian Hernandez_                   _7-6-22_
Plaintiff's signature                 Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the __6__ day of __July__, 20__2022__

_D-H G_                                _7-6-22_
Plaintiff's signature                  Date

Rev. 10/20/2015